Form 27 - GENERAL PURPOSE

**MICHAEL J. ANDREWS P.C.**
ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY

---

LARRY DAVIS ETANO                                    plaintiff

- against -

CITY OF NEW YORK ETANO                               defendant

Index No. **3386/07**

Date Filed ............

Office No.

Court Date:   / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK            :SS:

**JOEL GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
 That on the **16th day of May, 2007** at **01:26 PM.**, at
  **100 CHURCH STREET, 4TH FLR**
  **NEW YORK, NY 10007**
I served a true copy of the
  **SUMMONS AND COMPLAINT**

upon **CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
  **GARY JEAN GILLES, CLERK AUTHORIZED TO ACCEPT SERVICE**

a true copy of each thereof.

 Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
  SEX: **MALE**            COLOR: **BLACK**        HAIR: **BLACK**
  APP. AGE: **26**         APP. HT: **5:10**       APP. WT: **170**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
17th day of May, 2007ni

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3MJA136803