```
Form 02 - SUITABLE AGE        AETNA CENTRAL JUDICIAL SERVICES                          Form 02
            MICHAEL J. ANDREWS P.C.
            ATTN:
U.S. SOUTHERN DIST. COURT     NEW YORK  COUNTY
-----------------------------------------------------
                                                      Index No. 3386/07
LARRY DAVIS ETANO                         plaintiff
                                                      Date Filed ............
              - against -
                                                      Office No.
CITY OF NEW YORK ETANO                    defendant
                                                      Court Date:    /  /
-----------------------------------------------------
       STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
HARRY TORRES     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
17th day of May, 2007   11:52 AM            at
    %5TH NYPD POLICE PRECINCT, 19
    ELIZABETH ST, NY, NY 10013
I served the    SUMMONS AND COMPLAINT
upon KARLENE TORRES, INDIVIDUALLY
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    SGT. "JOHN" CAHILL, CO-WORKER WHO REFUSED TRUE FIRST NAME
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE     COLOR: WHITE    HAIR: BROWN     AGE: 40   HEIGHT: 6:0   WEIGHT: 180
OTHER IDENTIFYING FEATURES:
On 05/21/2007 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
21st   day of  May,       2007n

KENNETH WISSNER                         HARRY TORRES   0915257
Notary Public, State of New York        AETNA  CENTRAL  JUDICIAL  SERVICES
   No.01WI4714130                       225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY            NEW YORK, NY, 10007
Commission Expires 03/30/2010           Reference No: 3MJA136804
```