Law Offices of
# Michael J. Andrews, P.C.

**MEMO ENDORSED**

[RECEIVED AUG 0 9 2007 ... AND]

August 8, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-07

Hon. Leonard B. Sand
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Davis v. City of New York et al.
07 Civ. 3386 (LBS)

Dear Judge Sand:

The undersigned represents the plaintiffs in the above matter. The Plaintiffs request the Court enlarge the time in which to serve (or re-serve) defendant Karlene Torres by sixty-two days or until Monday, October 28, 2007. No prior request for the relief requested herein has previously been made. Because defense counsel does not yet represent Karlene Torres, defense counsel is unable to consent to the relief requested.

This action was commenced on April 30, 2007. The 120 days in which to serve Karlene Torres will expire on or about August 28, 2007. Defendant Torres is or was employed by the New York City Police Department ("NYPD"). This office retained professional process servers to serve Defendant Torres at her last known unit of assignment with the NYPD. In that regard Defendant Torres was served at the 5th Police Precinct and at the Internal Affairs Bureau. However, after speaking with defense counsel, it is my understanding that Defendant Torres retired from the NYPD approximately one year ago. As such, there may be an issue as to whether defendant Torres was properly served at her former place of employment. In order to avoid any issues regarding the service of process, the Plaintiffs request the enlargement of time so that they may re-serve Defendant Torres at her current address.

Defense counsel has indicated that she will attempt to obtain Defendant Torres' current address from the New York City Retirement Bureau. (Defense counsel is also seeking such information with respect to the potential representation of Defendant Torres by the New York City Law Department). However, in the event the Retirement Bureau refuses to voluntarily provide the information, a subpoena may need to be served in order to obtain the information. In the interim, the undersigned is also seeking to ascertain defendant Torres' current address using other independent means. The 62 day requested enlargement of time to serve (or re-serve) Defendant Torres should be sufficient to accomplish the foregoing tasks.

**MEMO ENDORSED**

Page: 2
Date: August 8, 2007
Re: Davis v. City of New York et al, 07 cv 3386

Thank you for your courtesies and consideration in this matter.

Respectfully submitted,

MICHAEL J. ANDREWS, P.C.

*[signature]*
Michael J. Andrews

cc: Office of the Corporation Counsel
    attn: Joyce Campbell Priviterre, Esq.

*[handwritten endorsement:]* Memo endorsement

Plaintiff may serve Torres at any time up to Oct. 29, 2007

So ordered

*[signature]*
USDJ
8/14/07

**MEMO ENDORSED**