AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

MICHAEl ANDREWS

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 08-28-2007 at 06:12pm |
| NAME OF SERVER (PRINT) Debbie C. Rotstein | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 175 BARRINGTON DRIVE PALM COAST FL 32137

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Gonzalo Torres, father of Karlene Torres. Ms. Torres was in New York City at the time.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08-28-2007
                 Date

*Debbie C Rotstein*
Signature of Server

P. O. Box 15197
Address of Server

Daytona Beach, FL  32115

Sworn and Subscribed before me this 28th day of August 2007.

*Lisa Thompson*

LISA A. THOMPSON
MY COMMISSION # DD 353246
EXPIRES: January 7, 2009
Bonded Thru Notary Public Underwriters

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

9mJA 158160