UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LARRY DAVIS and BEVERLEY RICE,

                      Plaintiffs,

- against -

THE CITY OF NEW YORK; and
KARLENE TORRES, individually;

                      Defendant.
------------------------------------------------------------------X

CLERK'S CERTIFICATE

07 CV 3386 (LBS)

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 30, 2007 with the filing of a summons and complaint, the summons and complaint was served upon the defendant KARLENE TORRES, on August 28, 2007, by leaving a copy of the summons and complaint at said defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein, to wit, Gonzalo Torres, the father of Karlene Torres proof of such service was filed on September 11, 2007.

    I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant Karlene Torres is hereby noted.

Dated: New York, NY
        _____Feb_____, 28, 2008

                                         J. MICHAEL MCMAHON
                                         Clerk of the Court

                          By: _____
                                 Deputy Clerk