UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LARRY DAVIS and BEVERLEY RICE,

                       Plaintiffs,

- against -

THE CITY OF NEW YORK; and
KARLENE TORRES, individually;

                       Defendant.
------------------------------------------------------------X

07 CV 3386 (LBS)

STIPULATION
WITHDRAWING
CERTIFICATE OF
DEFAULT

      It is hereby stipulated that the Certificate of Default entered against defendant Karlene Torres is hereby withdrawn as having been rendered moot.

Dated: New York, NY
       April 3, 2008.

_____
Michael J. Andrews   (MA 1441)
MICHAEL J. ANDREWS, P.C.
Attorneys for Plaintiff
60 East 42nd Street, 47th Floor
New York, NY 10165
(212) 557-7767
(212) 557-7765 (fax)

_____
Joyce Campbell Priveterre   (JCP 1846)
MICHAEL A CARDOZO
Attorneys for defendants City of New York,
and Karlene Torres
100 Church Street
New York, NY 10007
(212) 788-1277
(212) 788-9776 (fax)