```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LARRY DAVIS and BEVERLEY RICE,

                          Plaintiffs,

- against -

THE CITY OF NEW YORK; and
KARLENE TORRES, individually;

                          Defendant.
-------------------------------------------------------------X

STIPULATION OF DISCONTINUANCE

07 CV 3386 (LBS)

PURSUANT to Rule 41(A) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all parties in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice as against the above-named defendant, without costs to any party as against each other.

The Court shall retain jurisdiction over this action for the purposes of enforcing the terms of the settlement.

Dated: New York, New York
         May __ 2008

MICHAEL A. CARDOZO
Office of the Corporation Counsel
By: Joyce Campbell Priveterre
Attorneys for Defendants
100 Church Street
New York, New York 10007
(212) 788-1277

MICHAEL J. ANDREWS, P.C.

By: Michael J. Andrews (MJA 1441)
Attorneys for Plaintiff
60 East 42nd Street, 47th Floor
New York, NY 10165
(212) 557-7767

SO ORDERED:

_____
USDJ